P.P.T-8

IFP
1535
NO SUMMS

RECEIVED

AUG 2 6 2005

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

05 1201

ORIGINAL

WILLIE LEE TUCKER
PETITIONERS/ PLAINTIFF

V.                                          COMPLAINT/

DORRANCE PUBLISHING CO; INC.               LAWSUIT
DEFENDANT/ RESPONDENT                       CIVIL NO.

## STATEMENT OF THE CASE

I, WILLIE LEE TUCKER. SWEAR AND DEPOSES THE FOLLOWINGS: -

MS. WHITAKER: FIRST, MS. WHITAKER WROTE ME, (THE AUTHOR,

WILLIE LEE TUCKER); - WHEN I HAD MY BOOK MANUSCRIPT COPYRIGHT;

"(SOUTH UPRISING: THE BIOGRAPHY OF WILLIE LEE TUCKER: A TRUE

STORY; A TRAGIC – COMEDY; - DESIGN FOR TODAY'S BLACK AND WHITE

AUDIENCE)!!" I EVENTUALLY SENT MS. WHITAKER A 10 PAGES OF SOUTH

UPRISING EXCERTS AND IN, WHICH I'M SENDING TO YOU PERSONAL; - MS.

EIZABETH HOUSE OR CHIEF OR CHIEF EXCUTIVE   OFFICER!! PURSURANT

TO: {AVTEC SYSTEM, INC. V. PERIFIER, C.A.4 (VA.) 1994, 21 F.3D 568} –

WHICH STATES; - "…. REQUIRES PROOF OF BREACH OF CONFIDENCE,

WHICH IS ELEMENT OF RECOVEREY IN ACTION FOR COPYRIGHT

INFRINGEMENT" (SEE EXHIBITS)!!


__IMPORTAN T NOTE: UPON OTHERS AND MS. WHITAKER__

__REPEATINGLY WROTE THE AUTHOR FOR 6 MONTHS OR MORE; - THE__

P.1

**AUTHOR FINNALLY** SENT HER, (MS. WHITAKER THE 1ST MANSCRIPT, "(20003)" OF SOUTH UPRISING AND THE CONTRACT!! {SEE EXHIBIT: CERTIFICATE OF COPYRIGHT; - AND THE CONSTITUTIONAL PROVISION; ARTICLE 1, SECTION 8, CLAUSE 8; - WHICH STATES, - THE CONGRESS SHALL HAVE THE POWER… TO PROMOTE THE PROGRESS OF SCIENCE AND USEFUL ARTS, BY SECURING FOR LIMITED TIMES TO AUTHORS AND INVENTORS THE EXCLUSIVE RIGHT TO THEIR RESPECTIVE WRITINGS AND DISCOVERIES; (PURSUANT TO 17 U.S.C.A. & 501 && 13; JOINDER, - WHICH STATES, - "ALLEGED COPYRIGHT INFRINGER FAILED TO ESTABLISH THAT COMPLETE RELIEF COULD NOT BE ACCORDED WITHOUT JOINDER OF LICENSING AGENT IN PLAINTIFF SINCE AGENT HAD NO INTEREST IN COPYRIGHT: AND PURSUANT TO; -BOURNE CO. V. HUNTER COUNTRY CLUB, INC., C.A.7 (ILL.) 1993, 990 F.2d 934: - …INVOLUNTARY JOINDER OF COPYRIGHT OWNER IN INFRINGEMENT ACIION ARE;(1) LICENSEE MUST INVITE COPYRIGHT HOLDER TO BECOME VOLUNTARY PLAINTIFF; (2) COPYRIGHT HOLDER MUST DECLING TO TAKE ANY PART IN CASE THOUGH HE KNOWS OF ITS EMINENT PENDENCY AND OF HIS OBLIGATION TO JOIN; (3) PLAINTIFF LICENSEE MUST BE EXCLUSIVE LICENSEE; AND (4) THERE MUST BE NO OTHER WAY OF SECURING JUSTICE TO EXCLUSIVE LICENSEE THAN INVOLUNTARY JOINDER; - (PURSUANT TO; - "FOLLOWAY PRODUCTION, INC. V. MAURER, C.A.9 (CAL) 1979, 603 F.2d 72.

AUTHOR, WILLIE LEE TUCKER, WARNING TO MS. WHITAKER!! "(I'M TOO POOR TO AFFORD THIS BOOK, (SOUTH UPRISING); - AND MS. WHITAKER

P, 2

TOLD THE AUTHOR, "ME" STATING THAT DORRANCE PUBLISHING CO.
WILL WORK PERSONAL WITH YOU. "WILLIE LEE TUCKER:" MS WHITAKER
**ALSO STATED, - "ITS A GOOD BOOK!!" PURSUANT TO 17 U.S.C.A. & 501**
&&316 STATES; - "BOOK PROMOTER 'S INDEPENDENT AGENT WHO WAS
PEROSONALLY INVOLVED IN BOOK SALE INFRINGING AUTHOR'S
COPYRIGHT WAS PERSONALLY AND VICARIOUSLY LIABLE TO AUTHOR;
AGENT WAS PRINCIPAL CONTRACT BETWEEN AUTHOR AND PROMOTER OF
THE BOOKS AND WAS IN POSITION TO SUPERVISE THE SALE: PURSUANT
TO PINKHAM V. SARA LEE CORP., C.A.8 (MINN.) 1992. 938 F. 2d 824.

THE AUTHOR BOOK, (SOUTH UPRISING) WAS REFERRAL TO MS. MEGAN
BURKE, THE AUTHOR OLD BOOK COODINATOR, AND WITH $500.00
ALREADY PAID OVER A 6 MONTHS PERIOD FROM AUTHOR'S SOCIAL
SECURITY CHECK: AND MS BURKE PERSONALLY TOLD OVER THE PHONE
TO PAY $672.00 AND AUTHOR CAN INSPECT AND EDIT YOUR ALREADY
PUBLISHED BOOK FROM SOUTH UPRISING 1st MANSUSCRIPT! THE AUTHOR
MOVED FROM NEW YORK CITY TO GEORGIA AND SHORTLY PAID $300.00
OUT OF HIS SOCIAL SECURITY CHECK!! IN THE NEXT 2 MONTHS THE
AUTHOR PAID THE OTHER $372.00 THE 2ND INSTALLMENT IN SEPTEMBER /
2003 IN WHICH THE POOR AUTHOR RENT AND OTHER BILLS TO PAY!! MS.
MEGAN BURKE, THE AUTHOR OLD BOOK COODINATOR HAD REFERRED
/HE AUTHOR TO THE PROMOTION MANAGER AND THE PROMOTION
MANAGER TOLD THE AUTHOR THAT MS. MEGAN BURKE WASN'T WITH
DORRANCE PUBLISHING CO. ANYMORE AFTER THE AUTHOR HAD MET THE

P. 3

$672.00 CASH ARRANGEMENT FOR SOUTH UPRISING TO BE
PUBLISHED.PURSUANT TO; U.S.C.A. 17 & 501 &&284 THAT STATES; -
"HOLDER OF COPYRIGHT, EVEN IF COPYRIGHT HAD BEEN SUBJECT TO
RECAPTURE RIGHTS BY ORIGINATOR, HAD STANDING   IN THIS CAPA ITY
TO SUE ANY INFRINGERS. PLURSUANT TO BANDAI AMERICA INC.  V.
BALLY MIDWAY MFG. CO., C.A. 3 (N.J.) 1985, 775 F.2D 70. AND ORGAN V.
MACMILLAN, INC. C.A.2 (N.Y.) 1986. 789 F.2D 157: AND PURSUANT TO
U.S.C.A.17 &501&&316; - WHICH STATES: - "BOOK PROMOTER'S
INDEPENDENT AGENT WHO WAS PERSONALLY INVOLVED IN BOOK SALE
INFRINGING AUTHOR'S COPYRIGHT WAS PERSONALLY AND VICARIOUSLY
LIABLE TO AUTHOR; AGENT WAS PRINCIPAL CONTACT BETWEEN AUTHOR
AND PROMOTER OF THE BOOKS AND IN A POSITION TO SUPERVISE THE
SALE. PURSUANT TO PINKHAM V. SARA LEE CORP., C.A.8 (MINN) 1992, 938
F.2d 824

  **LATER ON AND UPTIL NOW (03/22/05)! MS WHITAKER HAVE
NULLIFLIED THE FIRST CONTRACT AND HAVE NOTIFIED THE AUTHOR
THAT I WILL HAVE TO PAY THE FULL BOOK PUBLISHER AMOUNT OF
$8500.00!! –** "(AFTER AUTHOR, WILLIE LEE TUCKER)," – REPEATED
WARNING, "I, M TOO POOR TO PAY THIS $8500.00 WITH THE AUTHOR NOW
PAYING RENT AND OTHER BILLS IN GEORGIA TOO PAY: PURSUANT TO 17
U.S.C.A.&501 &&12; WHICH STATES, - TO MAKE A PRIMA FACIE CASE OF
COPYRIGHT LIABILITY, COPYRIGHT HOLDER MUST PROVE OWNERSHIP OF
VALID COPYRITHT AND COPYING OF OWNERSHIP OF VALID COPYRIGHT

P. 4

AND COPYING …THAT DEFENDANT HAD ACCESS TO WORK…PURSUANT TO, - TWIN PEAKS PRODUCTIONS, INC. V. PUBLICATIONS INTERN.LTD. C.A.2 (N.Y.)1993, 996 F.2d1366 AND PURSUANT &&13 WHICH STATES; - "BECAUSE DIRECT EVIDENCE OF COPYING IS RARELY AVAILABLE, COPYRIGHT INFRINGEMENT PLAINTIFF MAY ESTABLISH COPYILNG BY CIRCUMSTANTIAL EVIDENCE THAT DEFENDANT'S ACCESS TO COPYRIGHT WORK…; PURSUANT TO SID & MARTY KROFFT TELEVISION PRODUCTIONS, INC. V. MCKONALD'S CORP., C.A.9 (CAL)1997, 562 F.2d1157; BECAUSE DIRECT EVIDENCE OF COPYING IS RARE, COPYING MAY BE ESTABLISHED IN COPYRIGHT INFRINGEMENT ACTION BY CIRCUMSTANTIAL EVIDENCE OF ACCESS…;PURSUANT APPLE COMPUTER, INC. V. MICROSOFT CORP., N.D. CAL. 1991, 759F. SUPP.1444. AND PURSUANT TO &&284 WHICH STATES, - " HOLDER OF COPYRIGHT, EVEN IF COPYRIGHT, EVEN IF COPYRIGHT HAD BEEN SUBJECT TO RECAPTURE RIGHTS BY ORIGINATOR, HAD STANDING IN THIS CAPACITY TO SUE AND INFRINGERS.PURSUANT TO (CERTIORARI DENIED BY 106 S.CT. 1265, 475 U.S.1047.

MR. ANTHONY PROCELLIAS ? IN THANKGIVING 2004 WROTE THE AUTHOR, WILLIE LEE TUCKER, AND STATED; - "WE WILL PUBLISHED YOUR COPYRIGHT BOOK; SOUTH UPRISING; THE BIOGRAPHY OF WILLIE LEE TUCKER: A TRAGIC – COMEDY; A TRUE STORY, - DESIGN FOR BOTH TODAY'S BLACK AND WHITE AUDIENCE!

P.S

MR. ANTONEY FURTHER STATED; "(WITH NO MORE OBLIGATION FROM AUTHOR)"

**JURISDICTION:  IMPORTANT NOTE: MS WHITAKER PRESISTANCE!!**

WITH NOW AND AFTER PROBLEM STILL REMAINGING I, THE AUTHOR, WROTE MS. WHITAKER AS QUOTED; - "RECENTLY I WARNED YOU ABOUT SUEING YOUR PUBLISHER (DORRANCE) FOR (BOOK COPYRIGHT FRAUD AND OTHERS AND OF THE FOLLOWING AND OTHERS: SLANDER AND LIBEL: 1990 AMERICAN WITH THE DISABILITY ACT; (THE AUTHOR BEING POOR AND HANDICAPP)! AND 1964 CIVIL RIGHT ACT; AS AMENDED; (RACE AND COLOR "JET BLACK!!" PURSUANT TO …2517 OF TITLE 28, JUDICIARY AND JUDICIAL PROCEDURE AND SECTION 724a OF TITLE 31: THE CONTRACT DISPUTES ACT OF 1978". U.S.C.A!

IMPORTANT NOTE: YOU, MS WHITAKER TOLD ME THE AUTHOR, WILLIE LEE TUCKER; - "(TO GET A LITERARCY AGENT" IN WHICH, AUTHOR REPLYING, - "I HAVE SOME PROSPECT OF OTHERS PUBLISHER THAT WILL BUBLISHED THE MANUSCRIPT,  (SOUTH UPRISING; THE BIOGRAPHY OF WILLIE LEE TUCKER) WITH NO OBLIGATION FROM THE AUTHOR OF SOUTH UPRISING: WILLIE LEE TUCKER)"

AFTER I TOLD MR. ANTHONY PRICELLIA?  AND CONGRAUATED HIM THAT I, THE AUTHOR WILLIE LEE TUCKER; - "WOULD COME PERSONAL TO CONGRAULATE HIM, MR.. ANTHONY AND MAY HIS 2004 THANKGIVING BE FRUITFULL AND "(MAY GOD BLESS)"

$P_i \wp$

I HAVEN'T HEARD FROM MR. ANTHONY PRECELLIA? SINCE THANKGIVING 2004, ALTHOUGH I HAVE TALK TO MS WHITAKER A COUPLE OF TIME BY PHONE WITH HER SAME OLD STORY:

CONCLUSION:

 PAY FOR THE BOOK; SOUTH UPRISING!!

 MS WHITAKER AND THE 2ND COPY OF BOOK MANUSCRIPT THAT I SENT TO MR. ANTHONY PRICELLIA AND MS. WHITAKER, SENT 2ND BOOK MANUSCRIPT BACK TO ME, WILLIE LEE TUCKER, THE AUTHOR OF SOUTH UPRISING AND 1ST BOOK MANSCRIPT "(SOUTH UPRISING)" MS WHITAKER STILL HAVE OR KEPT!!

 THE AUTHOR ALREADY PREPAID WITH POSTAL M.O. AND FEE OF ABOUT "($1200.00)" - MS WHITAKER HAVE OR KEPT!

 REMEDY SOUGHTED:  TO AWARD TO PLAINTIFF  "($125,000.00 OF COMPENSORY DAMAGE);" – AND PUNITIVE DAMAGE AND OTHERS AT THE DISCRETION OF THE COURT AND INJUNCTIVE RELEIF FROM WHITE HARASSMENT FROM THE HON. COURT THAT IS DEEN PROPER AND NECESSARY!

 CERTIFICATE OF SERVICE:  I / PLAINTIFF, WILLIE LEE TUCKER, SWEAR UNDER PERJURY THAT I HAVE SERVE A COPY OF THIS

P. 7

**COMPLAINT / LAWSUIT ON THE DEFENDANT (DORRANCE PUBLISHING**

**CO. AT THE FOLLOWING ADDRESS BY CERTIFIED MAIL:**

**MS. PRISTRILLA TURLEY**

**(DORRANCE /PUBLISHING C0.) CHIEF OFFICERS OR EXCUTIVE**

**OFFICER)**

**701 SMITHFIELD STREET**

**PITTSBURGH, PA. 15222 – 3904**

**PHONE NO. 1 800 952 7554**

**RESPECTIFULLY SUBMITTED,**

**WILLIE LEE TU CKER**

**P.O. BOX 325**

**MILLEDGEVILLE, GA. 31059**

**478 491 0283**





**DORRANCE PUBLISHING CO. INC.**

701 Smithfield Street • Third Floor • Pittsburgh, PA 15222-3906
(412) 288-4543 • FAX (412) 288-1786

**05  1201**

January 7, 2005

Mr. Willie Lee Tucker
P O Box 325
Milledgeville, GA  31059

Dear Mr. Tucker:

Enclosed please find your second submission of your book,
"South Uprising".

Please feel free to contact me at 1-800-952-7654 if you have questions or
concerns.

Sincerely,

Martha F. Whitaker
Sr. Author Representative

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

PITTSBURGH, PA 15222

| Postage | $ | $0.83 | |
| Certified Fee | | $2.30 | |
| Return Reciept Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.13 | 11/27/2004 |

0034
04

Sent To _Anthony Discinato_
Street, Apt. No.; or PO Box No. _701 Smithfield St 3n Floor_
City, State, ZIP+4 _15222-3906_

PS Form 3800, June 2002            See Reverse for Instructions

7004  1350  0002  2813  4260

Exhibit 2



Demand grivances / letter

To: Dorrance Publishing Co
Ms. Elizabeth House or
② Dorrance / chief officers or executive officers
701 Smithfield Street 3rd Floor
Pittsburgh Pa. 15222 - 3904
Phone no: 1 800 952 7554

CC. Ms Whitaken
CC. Mr. Anthony Picisoll
CC. Ms Megan Burke (Fired?)

From: Willie Lee Tucker
(Author of South Uprising: The Biography
of Willie Lee Tucker) A True Story!!
P.O. Box 325
Milledgeville, Ga. 31059
Cellar Phone no: (478) 491-0283 (0285)
Permantly Phone no: 478 453 0488

Re: A Demand grivance letter; - of Dorrance
Publishing Co Fraud and others against the Author,
Willie Lee Tucker on his Disability (Paranoid Schizophrenia
And others !! (South Uprising: A tragic - Comedy;) design
For Both a Black and white Audience !

Dear Ms. Elizabeth House or /chief officers
of Dorrance Publishing Company

Exhibit
S..

In Summary, and Background

~~word~~ word that can edit my copyright book (South Uprising) upon your receipt of the remaining R.E. B.R. so.

Upon author editing we will go from thae

Ms. ~~~~ May God Bless you Ms. Boyle, Ms. Whistler and Dorrance Publishing Co.

Half of my life and a long time Dream have finally come true!!

Sincerely Yours,

Willie Lee Tucker

C.C. Ms Martha Whistler

Exhibit



701 Smithfield Street • Third Floor • Pittsburgh, PA 15222-3906
(412) 288-4543 • FAX (412) 288-1786

**05  1201**

May 5, 2003

Willie Lee Tucker
P.O. Box 8529
New York, NY  10116

Dear Mr. Tucker:

We are in receipt of your Author's Publishing Information form, and we thank you for it. This information will be most helpful to us in preparing the various materials required for producing your book.

We have noted your name is to read Willie Lee Tucker, and the title is to read "South Uprising: The Biography of Willie Lee Tucker."

This is how it will appear on all materials pertaining to your book: the cover, the title page, the copyright page, and the BACK AD COPY/FLAP COPY.  If you have any corrections or changes to this information, please notify us of such in writing immediately, [ ] ing it later in the production process could lead to delays or possible author alteration

Please be aware that you may not hear from us for short periods of t [ ] hile we are busy working on your project; however, if you ever have any qu [ ] do not hesitate to contact us.

Sincerely,

MB

Megan Burke/kll
Project Coordinator

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Ms. Megan Burke
Dorrance Pub.Co. 3rd Fl (BC)
701 Smithfield St.
Pittsburgh, Pa.

e Number
(er from service

7003 1010 0002 4086 5032

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

**CUSTOMER'S RECEIPT**

**CUSTOMER'S RECEIPT**

UNITED STATES POSTAL SERVICE

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO

ADDRESS

C.O.D. OR USED FOR

SERIAL NUMBER 06206714932

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

$372.00

UNITED STATES POSTAL SERVICE

SERIAL NUMBER 06206714932

POSTAL MONEY ORDER

YEAR, MONTH, DAY 2003-12-09

POST OFFICE 310610

AMOUNT

THREE HUNDRED SEVENTY TWO DOLLARS & 00¢

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

PAY TO

ADDRESS

C.O.D. OR USED FOR

FROM

ADDRESS

06206714932

⑆00000800 2⑈

Ms Wittaker Senior Representative

866 851 8629

Did you receive my final
installment (fee) of $372.00 for me
to edit my copyright Manuscript
(South Uprising) (To Ms. Megan Burke)
If so when the author can have
a copy to Edit and what are the term
thereafter.

My new Cellular Phone NO. 478 491 0283

May God Bless you Dorrance
Publishers. Please return my call
or mail New Terms to P.O. 325 M.O. 3459



**701 Smithfield Street • Third Floor • Pittsburgh, PA 15222-3906**
**(412) 288-4543 • FAX (412) 288-1786**

May 5, 2003

Willie Lee Tucker
P.O. Box 8529
New York, NY 10116

Dear Mr. Tucker:

We are in receipt of your Author's Publishing Information form, and we thank you for it. This information will be most helpful to us in preparing the various materials required for producing your book.

We have noted your name is to read Willie Lee Tucker, and the title is to read "South Uprising: The Biography of Willie Lee Tucker."

This is how it will appear on all materials pertaining to your book: the cover, the title page, the copyright page, and the BACK AD COPY/FLAP COPY. If you have any corrections or changes to this information, please notify us of such in writing immediately, as changing it later in the production process could lead to delays or possible author alteration fees.

Please be aware that you may not hear from us for short periods of time between stages while we are busy working on your project; however, if you ever have any questions or comments, please do not hesitate to contact us.

Sincerely,

*M B*

Megan Burke/kll
Project Coordinator

# Exhibit J

+ others Certified Mail
U.S. Postal Money orders

*[handwritten notes at top]*

Please sign your
complaint and indicate
what attachments are
part of the complaint.

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

Mr. Willie Lee Tucker
P.O. Box 325
Milledgeville, GA 31059

Re:  Complaint and Attachments

Dear Mr. Tucker:

    Enclosed is the paperwork you submitted to this court in connection with a complaint you would like to file in this district. In order for it to be accepted for filing, however, the following matters need to be corrected.

    With regard to the civil cover sheet, please correct this form in the following particulars: In Section II, you must choose only one basis of jurisdiction. In Section IV, you may choose only ONE nature of suit. In Section IV, you need to cite the federal statue under which you are filing your complaint. Moreover, you need to sign and complete the second side of the civil cover sheet.

    Please sign your complaint. Your signature must be original. Photocopies are not acceptable. With regard to your attachments and miscellaneous papers, please attach to your complaint all exhibits in support of your complaint or under separate cover designate what your attachments are.

    Once these items have been corrected, please return your paperwork for processing.

                        Very truly yours,
                        ROBERT V. BARTH, JR.

            By: *[signature]*
                Kristin Marcus
                Deputy Clerk

To: Mr. John Benson
643 Smithfield Street
Pittsburgh — Pa. 15222

From: Mr. Willie Lee Tucker
P.O. Box 8529
New York, N.Y. 10116

memo: Here is the 1st $100.00 2 the
payment first installment of 500.00! Schedule
the Complete buy (Easter 2003) "South Uprising"

— Dear Sir,
               I'm poor and homeless and
received Social Security Benefits of $584.00
$584.00 monthly. At this time I don't
have no other financial help living in
New York City. I'm sending $100.00 with
1st of 500.00; hopefully completed by Easter
(2003)
               Please keep in Touch with me
and if financial hardship I'm placed
I will be sending more money. I don't
have a private phone — you will have
to write me.
               The entire 100 pages South Uprising
manuscript will be sent to you Easter (2003). If
my financial hardship improve — I will
prepared to meet and talk to you personal
Easter (2003). It's my strong desires and
goal with you and God help in starting bet

Exhibit 17

P. 1

South Uprising publication: A Dope _____ Melly!: A True Story design for both a black and white audiance.

And I'finally, here is some excerts of South Uprising that shows the form key shape in the other 100 pages of South Uprising Manuscript. I'm looking forward. I meant on talking to you around Easter (2003) and pray me forgive Daddy dmpeace and permits me to do so.

Sincerely Yours

Willie Lee Dicks

P, 2

1st payment *~~~~~~~~*
To Mr. John Benson
1/4/03



**701 Smithfield Street • Third Floor • Pittsburgh, PA 15222-3906
(412) 288-4543 • FAX (412) 288-1786**

## 05 1201

Monday, December 27, 2004

Mr. Willie Lee Tucker
P O Box 325
Milledgeville, GA  31059

Dear Mr Tucker:

I received your manuscript again.  I have tried to call you about this, but I can't get through.  Can you please call me toll-free at 1-800-952-7654 to discuss publishing your book.  I noticed that you had written to Anthony, but the deal is still the same.  You have to pay the fee to have your book produced and marketed by us.

Please call me.

I hope you are enjoying your holidays.

Kind regards,

Martha F. Whitaker
Sr. Author Relations Representative



## DORRANCE PUBLISHING CO. INC.

701 Smithfield Street • Third Floor • Pittsburgh, PA 15222-3906
(412) 288-4543 • FAX (412) 288-1786

**05 1201**

May 21, 2003

Willie Lee Tucker
P.O. Box 8529
New York, NY 10116

Dear Mr. Tucker:

We are in receipt of the recent submission of your Author's Promotion Data. The material you have provided will certainly prove helpful when the time comes to do promotional work for "South Uprising: The Biography of Willie Lee Tucker."

We would like to clarify the purpose of the blank labels with which you were provided. These are intended for the names and addresses of any friends, relatives, or other individuals whom you wish to receive ordering/announcement flyers for your book upon its publication. If you would like any individuals to receive this information, please submit their names and addresses to us.

We look forward to receiving your list of up to 200 personal mailing labels to whom you wish us to send ordering flyers.

Please feel free to contact us with any additional ideas or suggestions you may have concerning the promotion of your book. Because your promotion list will be compiled shortly after your book arrives in our warehouse, it is very important you submit any additional addresses to us before your book is completed. Anything received after that date will be implemented at our discretion, depending on the amount left in your promotional budget.

We look forward to working with you.

Sincerely,

Dan Flaherty /ew

Dan Flaherty
Author Services Representative



701 Smithfield Street • Pittsburgh, PA 15222 • (412) 434-5545 Ext. 15
Fax: (412) 434-5327

February 25, 2004

Mr. Willie Lee Tucker
P. O. Box 325
Milludgeville, GA 31059

Dear Mr. Tucker;

Please note that we did not receive your past due payment of $2396.41 as per our request of last month, and your account is still past due. We have been forced to place the servicing of your book on hold and will be unable to move forward due to your lapse in payment. For every month we do not receive a payment, the servicing of your book will be kept on hold. There will be no way to make up this lost time in our production schedule, and we cannot be held responsible for these delays.

The costs associated with the publication of our titles are constantly in flux and often rise with no warning. As you are aware, our subsidy publishing agreement states that an author is to pay a set fee for publication of his or her work and no more, unless the author makes specific changes requiring extra charges. We absorb any cost increases for the authors who have met and continue to meet their obligations to the agreement. However, if we are unable to complete the publication of your work in the days specified in our agreement due to a payment default by you, we will be obligated to pass on any additional charges to you, payable before completion of the work. We sincerely hope we are not forced to take this action.

We would like to receive the entire past due amount within the next 10 (ten) working days. Otherwise the publication of your book will remain on hold, interest will be charged on the past due amount, and any additional charges for the publication of your book will be passed on to you.

Thank you for your prompt attention to this matter. Please contact us at (412) 434-5545 with any questions.

Sincerely,

*Pearl Schwartz*

Pearl Schwartz
Bookkeeping Manager

PS/vk



# DORRANCE
## PUBLISHING CO.
### INC.
701 Smithfield Street • Pittsburgh, PA 15222 • (412) 434-5545 Ext.154
Fax: (412) 434-5327

April 26, 2004

Mr. Willie Lee Tucker
P. O. Box 325
Milludgeville, GA 31059

Dear Mr. Tucker;

This letter serves as notification of the termination of your subsidy publishing agreement with Dorrance Publishing Co., Inc., due to your default in the monthly payments agreed to in your contract. According to Section XV of the Agreement:

> If the Author fails to make the payments specified in this contract, Dorrance may terminate the contract on thirty (30) days' written notice sent by first-class mail to the Author's last known address. Any sums previously remitted to Dorrance by the Author shall be forfeited.

We would like to offer you one final chance to bring your account current. Your past due balance is $3535.16. If we receive at least half of the past due amount due on your account, plus any and all late fees and interest charges (AMT.), within ten (10) working days, we will keep your agreement active. You will then be obligated to contact us regarding payment arrangements and meet the terms of this arrangement. Once your account is current, you must keep it in good standing every month or else your contract will be terminated.

It is our sincere hope we will be able to move forward together on the publication of your work. However, if a payment resolution is not reached, your agreement will be terminated effective thirty days from the date of this letter.

Sincerely,

*Pearl Schwartz*

Pearl Schwartz
Bookkeeping Manager

PS/vk



# receipt

**no.** 145061 S

**date** 10/17/01

LIBRARY OF CONGRESS
COPYRIGHT OFFICE
101 INDEPENDENCE AVENUE, S.E.
WASHINGTON, D.C. 20559-6000

## received

- ☐ not examined in Information Section
- form(s)
- number of copies
- type of deposit copies — *Sheets*
- document(s)
- correspondence
- cover letter
- refer to

## services

- ☐ search
- ☐ photocopies
- ☐ add'l certificates
- ☐ certifications
- ☐ transfer to photoduplication
- ☐ other

## method of payment

amount

- ☐ deposit account under
- ☑ cash *$30*
- ☐ check
- ☐ no fee
- ☐ for connection

received from *Willie Lee Tucker*          phone

address *P O Box 8529*
*NY NY 10116*          *718 466 4882*

representing          phone

### REGISTER OF COPYRIGHTS          by *CL*

## title *South Uprising*

... and **0** others

This receipt is intended to show that the material described was received in the Copyright Office on the date given. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt listing only one title on the receipt will be provided.

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

## notes:

PRINTED ON RECYCLED PAPER

*SOUTH UPRISING*

*CHAPTER 1 – 2O*

*A TRUE STORY*

*(MODEL AFTER SHAKESPEARER'S HAMLET)*

*AUTHOR: WILLIE LEE TUCKER*

*TYPE AND REVISE: 9 / 29 / 2001*

*write*

*WILLIE LEE TUCKER*
*P. 0. BOX 8529*
*NEW YORK, N. Y. 10116*

Business only: Leave Message
718-866 – 4882



CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

UNITED STATES COPYRIGHT OFFICE ✦ THE LIBRARY OF CONGRESS

FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG

TXU 1-016-061

EFFECTIVE DATE OF REGISTRATION

Month 10 Day 17 Year 01

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

TITLE OF THIS WORK ▼ South Uprising

PREVIOUS OR ALTERNATIVE TITLE ▼ The Biography of Willie Lee Lester

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the

Title of Collective Work ▼

Exhibit A

November 26, 1997

From:    Willie Lee Tucker
         P.O. Box 8529
         New York, N.Y. 10116

To:

   Memo: A godly and sincere effort to get your publisher
to publish my tradegy-comedy entitled (SOUTH UPRISING), - a
true story: - a silicit manuscript model after Shakesperes's
Hamlet: - Shakespeares's boldest and most profound Play.

   Dear Sir,
         This is my manuscript, (SOUTH UPRISING); - a
tradegy- comedy model after Shakespeares's Tradegy (Hamlet,
1603). I'm a black college senior majoring in Paralegal
Studies and Computer Science at Bronx Community College here
in Bronx, N.Y. A chronic paranoid Schzophria; - I hope this
book will entertain as well as instruct. SOUTH UPRISING; -
and maybe with your publisher and God help; - a million
best-seller true story!

   This manuscript is divided into seven parts:(1), the
book cover; (2), the preface; (3), part I and II of the
Prologue; (4), Part 1, - my actually encounter with the South
Uprising;"(to be edit and published at your disposal)": (5),
Part 2, Atlanta, Ga. and my serious and funny-deceased's
wife; (6), Part 3, - the truth and Washington D.C. and my
dealing with the U.S. Supreme Court for Busing and
Integration in advocating my civil legal rights, "(partial
completed);" and (7), Part 4, - living in New York City and
the conclusion of South Uprising,-"( to be edit at your
disposal)." NOTE: There is also an Appendix at the end of
this manuscript for references!

   Note: In part I of the prologue;- concerning (SHOOTING
THE DOG PASSAGE); - Ms. Flicia Grey, a journalist M.A.
student, I met in Washington, D.C.: - "gave me her
suggestions on the outcome and success of SOUTH UPRISING as
being a million best seller true story!

   Sir, I'm looking forward to you, your publisher, and
God help in helping me publishes my Tradegy-Comedy
manuscript entitle "SOUTH UPRISING"; - A true Story.

*PII*

Your concern, cooperation, and sincerities in helping me published my Tradegy-Comedy Biography Manuscript, <u>(South UPRISING):</u> - will be regarded highly from me

Sincerely Yours,


Willie Lee Tucker
P.O. Box 8529
New York; N.Y. 10116

P. iii

PREFACE:

SOUTH UPRISING: Commentary and Foreward;- a short summation of the book.

About the Author: Willie Lee Tucker graduated from Hancock Central High School in Sparta, Georgia in May of 1972, pulling 11th and 12th grade in his senior year while working full-time and driving to plywood factory 50 miles away at night on the 3rd shift.

College: The author was an Army ROTC Cadet at predominantly white North Georgia College in 1973; - a high ranking senior coed military college in Dahlonega, Georgia hereabout he was majoring in Accounting. He later transferred and studied at Atlanta Metropolitan College in Atlanta, Georgia. He also studied Business Information System at Southeastern University in Washington, D.C. He is now studying Paralegal Studies at Bronx Community College in Bronx, N.Y. The author also studied and graduated from Atlanta Area Technical School in Atlanta, Georgia with a degree in Accounting.

Jobs: Throughout author career, he mostly held menial jobs ranging from pulpwooding, sawmilling, mining, and laborers in various factories and also at Wallace Dam in Eatonton, Georgia. He mostly worked as a dishwasher, and janitor, - but also have held positions as clerk, lightbookkeeping, and cashier.

About the Book Cover: The setting is a shack in predominatly-white North Georgia Mountain in 1973 on an overcast day. A chronic Paranoid Schzophria, the clothes hanging on the clothline represent his eight personalities color. The ruined-down school bus represents his struggles in Federal Courts involving civil rights and various white integration cases. The two graves, his wife and Kithchens kill in the struggle are the South Uprising main theme. The birds and others on the book cover details are phenomenon.

About the Book: The Biography of Willie Lee Tucker, a poor-black-college chronic Paranoid Schzophria, struggles during the violent and acute Southern white racicism in the South during the late 1970's and early 1980's; - a true story. A tradegy-comedy, the author poke fun at himself and other young blacks involving unsolict black sex; - and also the fun and invasion of Cocaine "Creak" in the poor black neighborhoods. This tradegy-comedy try to entertain as well as instruct of white discrimination in poor menial jobs, - without promotions; - and finally, today's outrageous concepts in the U.S. Courtrooms on the equality of blacks and whites integration's rulings. South Uprising: a true story; is a tradegy-comedy model after the tradegy's Hamlet (1600-1601), Shakespeares's boldest, most profound play.

 iu

May 23, 1995

<u>Prologue:</u> Part I; (Type and Revised); — 4/29/98.

To:  Ms. Alicia Grey
     26 Patton Drive
     Somerset, N.J. 08873    (Solicited).

From:   Willie Lee Tucker of (Washington, D.C.) —
Gemini(Fla.).

    I wrote you concerning your views on my revised
Biography, — entitle, — <u>**"The South Uprising"**</u> (Query). I
hasn't heard from you and hopefully, you are doing good and
well, and your career a success. I know you are very busy, —
but is one dam attractive, educated- young black woman.
Happy Mother Day and to your future children. May the grow-
up to be as wise as you; — and let's us always be the best
of friends, — and may our friendship grow.

    Living in the "Big Apple" or New York City, is a little
better than Washington, D.C. In Washington, D.C., — there
wasn't any jobs, or opportunities to expand for poor blacks.
I doesn't work anymore and I want to start my own small
business selling jewels, incense, perfoume, and others for
extra income. I'll be going to City University in September
of this year and hopefully with credits from Georgia in
Accounting and credits in Business Information System
(Computer) from D.C.; — I should have a BA double majors in
about a year!

## <u>Biography</u>

    My Biography hasn't been the success I thought it would
be.  The white agents, — both males and females haven't been
any help at all. — I know my biography is a little -"scarce",
and that the way young black female agents feel about it
too. The black male agents I'm writing, — told me to get a
publisher. In summary, I has started studying various black
publisher at the main library in Manhattan, and will like to
hear your suggestion as well.

    I think my biography is a million-best- seller; —
provided it is design for both a black and white audience; —
and of course, — it being "serious and funny." For
instance,— <u>**(SHOOTING THE DOG "PASSAGE"):**</u>



## PASSAGE

Now here I was, - just coming home from Florida; - minding my own dam business: - Want thinking of no kind of trouble from nobody! - And the Whole White "NATIONS" KLU KLUX KLANS,- were waiting on me; - for "fuckin" that gotdam Wallace Dam up with a white-racsist job discrimination against them and white State of Georgia involve too. It was bad enough when they ran my sister off the road and others; - but even, - those dam white fools went-on and cutted our thirteen-year-old-brown and white dog in the face. "Flicia," you can't even imagine the changes my mind were going through then.

Setting down wondering and - meant this, - "I'm goning to fixing-to-shoot" me some mean white people in the face with my little brother's semi-automatic-410-shotgun; - like cutted my old-thirteen-year-old-brown-white-trusted- dog's friend in the face.

"Filicia," - note: " A Schzophria (Paranoid type) has a split or multiple personalities, - and don't know it."

Making my mind -up-"point blank" to kill the brown and white dog that was cutted in the face, - first; - and was going to kill me some white mean klansmen, next:

## ACTUAL PASSAGE!

It was one pretty Sunday morning about 8:00 A.M. and "personality Church", - in his red pants and red hat was going to kill him a dog and I mean white people next, - and he didn't even care what dog it was, - first. "P Church," - got the semi-automatic shotgun from mommy, and a 410 shell from Roy, my cousin from Philedelphia and then loaded the shotgun. He then looked out of the window, - and didn't see nobody but the other all-brown-skinney-hundrey- pregnancy dog eating grits: - and mummed to himself; -"these is the last bag of gotdam grits".

"Alicia!" - you should have seen the expressions on that dog face when he saw "P Church" in red suddenly standing over him in red with a loaded 410 semi-automatic shotgun. The dog's big-sullen rolling eyes;- way back in his head: - and the dog started shaking his head backward and forth; - like she was saying to herself, - "this can't be the last Grit Supper!!!" Anyway, "P Church" in red with hesitation shot and kill the all-brown pregnancy dog, picked him up, and throw his dead ass in the car trunk: - and then drove to a nearby stream; - and rested that poor starving dog soul besides the still water: - THE END!

P. Ui

Needless to say! – My mommey hurry-up with the quickness, and got that 410-semi-automatic shotgun from me and got it out of the house for good! Roy then, and without hesitation quickly moved back to Philedelphia! The cutted-face brown and white dog,- up until this day; – we never saw him again either!

THAT HOW AND WHY I WENT CRAZY!!!

This passage is just one of the many suggestions you made when you last wrote me in Washington, D.C. I'm enclosing the letter I wrote you on March 23, 1995. Be my fulltime or parttime Agent: – even if it meant doing this in your sparetime.

HAPPY MOTHER DAY!!! I'm enclosing this gift also!

Sincerely Yours,

Willie Lee Tucker

SPECIAL INSTRUCTION: WRITE WILLIE LEE SOON: – HE, "GEORGIA BOY," – HOPE AND PRAY!!!



on, my grandmommy was scarce of me and she didn't swoop me no more. We moved to Sparta, Ga. with my aunt when I was about 7 or 8 years old. I remember gone to school with my little sister one morning and I saw a faded cloud resembling a picture of Jesus Christ, - and after that experience, I was afraid of thundering and lighting: - I would run, and hided under the bed just crying terrible when it was thundering and lighting.

My grandmommy died of cancer when I was 7 or 8 years old. I remembered seeing her spirit, - "staring at me", as a large white ghost in the window when it was thundering and lighting. My mommy had just brought me from Dr. Earl of Sparta, GA. and he said I was eating too much grease or fatty-food.

<u>**THE LONG FEARFUL HOWLED OF A TIMBERLAND WOLF:**</u> - When I was about 9 years old, white Mr Bennie Hayes died of the near-by country small grocery store. The store had a green and red reef place on the door of the grocery store for the deceased. It was Saturday, and me and my two cousins stop at the store and we were going to play with the deceases green and red reef. Some force when we tried to torch it, push me and one of my cousins flat-down on the ground, - without hurting us. We both was scarce and dismayed, and all three of us -"got the dam hell on!"

We move again when I was about 9 years old, and my little girl cousin and me was playing with my deceased grandmommy flowers, and - when I torched and held it; - something like a powerful electric shock went completely through me - without hurting me:  From that day until this day, - "I'm afraid of dead people-flowers."

<u>**THE LONG FEARFUL HOWLED OF TIMBERLAND WOLF:**</u> - Also, when I was 10 years old, we moved again with my stepdaddy in a tiny-racket-two-room shack. My Uncle John Willis, - who had just died, - spirit came back from the dead as; - a real scared showdery ghost. The Spirit came late one night and it was walking like him slowly, - but not moving; - smiling, with his hat on and - was motion with his hands for me to come to him; - while I laid awake in the bed, - that late night. I cover my head with the bed cover and when I finally took the bed's cover off of my head: - **THE SPIRIT WAS GONE!** - **JUST AS-IT-CAME-SMILING!!!**

P. IX

